UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| YASIR MEHMOOD,<br><br>               Petitioner,<br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>               Respondents. | Case No. 2:15-cv-01847-MMD-VCF<br><br>ORDER |

    Petitioner Yasir Mehmood has filed, *pro se*, a purported habeas petition that is not on the court-required form. (Dkt. no. 1-1.) In his petition, Mehmood identified his place of incarceration as the Nevada Southern Detention Center, a facility that houses federal detainees and convicts. (*Id.*) He has since notified the Court that he is now housed in the Sacramento County Main Jail, Sacramento, California. (Dkt. no. 2.)

    The Court has reviewed Mehmood's petition pursuant to 28 U.S.C. § 2243. It is evident from the petition that Mehmood does not state any potentially meritorious habeas corpus claims. Mehmood's claims arise from a federal criminal case pending against him in the Eastern District of California. (Dkt. no. 1-1 at 1.) In fact, he is currently in custody awaiting trial on those charges. (*Id.*) Mehmood mainly claims that the United States only has "territorial jurisdiction" in Washington, D.C. and that federal authorities lacked jurisdiction to arrest him in California. (*Id.* at 2.)

    In any event, this Court is not the proper forum for such an action because Mehmood is currently incarcerated in California and wants relief from federal criminal

proceedings in California.[1] *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484 (1973); *Dunne v. Henman*, 875 F.2d 244 (9th Cir. 1989).

It is therefore ordered that this action is dismissed. The petitioner is denied a certificate of appealability.

It is further ordered that the application to proceed *in forma pauperis* (dkt. no. 1) is denied as moot.

It is further ordered that the Clerk of the Court shall enter judgment accordingly and close this case.

DATED THIS 10th day of November 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1] Moreover, Mehmood has failed to name a custodial defendant and instead has only named the United States of American and the Attorney General of the State of Nevada as defendants.